UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

               Plaintiff,

vs.                                       Civil No. 05-72426
                                        Honorable Denise Page Hood
ONE 2004 MERCEDES BENZ SL55K AMG   Magistrate Judge Pepe
(VIN: WDBSK74FX4F078720), ONE 2004
DODGE DURANGO (VIN: ID4HB58D04F189689),
TWO THOUSAND SIX HUNDRED THIRTY-FOUR
DOLLARS AND FORTY-EIGHT CENTS ($2,634.48)
IN U.S. CURRENCY, AND ONE MEN'S ROLEX
MASTERPIECE WATCH.

               Defendants-in-rem.
_____/

## ORDER RE VARIOUS MOTIONS

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation Granting Plaintiff's Motion for Order Striking Claims and Answers of Kenneth Darnell Wesley, L'Tanya Barney and Denise Baldwin, filed December 19, 2006. Neither party filed objections to the Report and Recommendation. Also before the Court is Plaintiff's Motion for Entry of an Order Striking Claims and Answers of Kenneth Darnell Wesley, L'Tanya Barney and Denise Baldwin; for Entry of a Default Judgment; and for Entry of a Final Order of Forfeiture, filed May 17, 2007.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion for proper reasons. The Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that the Report and Recommendation of Magistrate Judge

Steven D. Pepe **[Docket No. 47, filed December 19, 2006]** is **ACCEPTED** and **ADOPTED** as this Court's findings and conclusions of law;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of an Order Striking Claims and Answers of Kenneth Darnell Wesley, L'Tanya Barney and Denise Baldwin; for Entry of a Default Judgment; and for Entry of a Final Order of Forfeiture **[Docket No. 51, filed May 17, 2007]** is **GRANTED**;

**IT IS ORDERED** that the claims and answers of Kenneth Darnell Wesley, Denise Baldwin and L'Tanya Barney are hereby **STRICKEN WITH PREJUDICE;**

**IT IS ORDERED** that a Default Judgment with respect to all persons and entities is **GRANTED AND ENTERED**;

**IT IS ORDERED** that any right, title, or ownership interest of any persons or entities in the defendants *in rem* is hereby **EXTINGUISHED** and **FORFEITED** to the United States of America upon entry of this Judgment and Order. Clear title to the defendants *in rem* is vested in the United States of America upon entry of this Judgment and Order, and the United States Marshal Service is **AUTHORIZED** to dispose of the subject assets according to law.

Dated: June 15, 2007

s/ DENISE PAGE HOOD
HONORABLE DENISE PAGE HOOD
United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 15, 2007, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager